UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| VICTORINO MERAZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>HANSEN RICE, INC.,<br><br>　　Defendant, | Case No.: 1:17-cv-00271-REB<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal issued concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own attorneys' fees and costs.



DATED: January 18, 2019

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**JUDGMENT - 1**